IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RICHARD LEONARD, | ) | |
| | ) | |
| Plaintiff/Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0699 |
| | ) | Judge Trauger |
| EARTH SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant/Counter-Defendant. | ) | |

**O R D E R**

The plaintiff has filed a Motion to Compel Discovery And Rule 26 Initial Disclosures (Docket No. 19) that is in violation of provisions in the Initial Case Management Order that require a telephone conference with Judge Trauger before the filing of discovery motions (Docket No. 16 at 3). This motion will be held in abeyance until counsel contacts Judge Trauger's chambers in order to arrange the required telephone conference.

It is so **ORDERED**.

ENTER this 19th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge