IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RICHARD LEONARD, | ) | |
| | ) | |
| Plaintiff/Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0699 |
| | ) | Judge Trauger |
| EARTH SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant/Counter-Defendant. | ) | |

**O R D E R**

A discovery dispute telephone conference was held on March 24, 2014. It is hereby **ORDERED** that the defendant shall provide complete written discovery responses to the plaintiff by close of business on Monday, March 31, 2014. If those responses are not timely received, the plaintiff has permission to file a motion to activate its Motion to Compel Discovery and Rule 26 Initial Disclosures (Docket No. 19), and the court would be inclined to award attorney's fees to the plaintiff.

It is so **ORDERED**.

ENTER this 24th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge